**Wallace B. CAHOON, Appellant, v. UNITED STATES of America, Appellee.**

No. 4367.

Circuit Court of Appeals, Fourth Circuit.

June 22, 1938.

R. Clarence Dozier and M. B. Simpson, both of Elizabeth City, N. C., for appellant.

J. O. Carr, U. S. Atty., of Wilmington, N. C., John H. Manning, Asst. U. S. Atty., of Raleigh, N. C., and Charles F. Rouse, Asst. U. S. Atty., of Kinston, N. C.

PER CURIAM.

Case docketed and appeal dismissed. Order filed.

**CARTER COAL COMPANY, Petitioner, v. NATIONAL BITUMINOUS COAL COMMISSION, Respondent.**

No. 4310.

Circuit Court of Appeals, Fourth Circuit.

April 4, 1938.

Frederick H. Wood and William D. Whitney, both of New York City, and Richard H. Wilmer, of Washington, D. C., for petitioner.

Robert W. Knox, General Counsel, and William H. Matthews and M. C. Ferguson, Sp. Assts. to General Counsel, National Bituminous Coal Commission, all of Washington, D. C.

PER CURIAM.

Petition for review dismissed without costs and without prejudice, etc., on stipulation of parties. Order filed.

**CHANCEY v. BAUER et al.**

No. 8704.

Circuit Court of Appeals, Fifth Circuit.

July 19, 1938.

For former opinion, see 97 F.2d 293.

Before FOSTER, SIBLEY, and HUTCHESON, Circuit Judges.

PER CURIAM.

As neither of the judges who concurred in the judgment of the court in the above numbered and entitled cause is of opinion that the petitions for rehearing should be granted, it is ordered that the said petitions be, and the same hereby are, denied.